1    A.    No, they didn't.

2    Q.    After going out to wherever the billfold was or

3    had been discarded, I'm talking with the detectives.

4    A.    Yes.

5    Q.    Did you go back to the police department?

6    A.    Yes, we did.

7    Q.    And at that time did you give another interview

8    that was videotaped?

9    A.    Yes, I did.

10    Q.    And did the police tell you -- did you agree to

11    that?

12    A.    Yes, I did.

13    Q.    And did the police inform you that you would be

14    on videotape?

15    A.    Yes, they did.

16    Q.    And how was the videotape machine camera, I

17    guess, set up?

18    A.    Right in front of me.

19    Q.    And did you tell the detectives at that time the

20    same thing you had told them before you went out looking

21    for the billfold?

22    A.    Yes, I did.

23    Q.    You indicated that the gun that you have, as you

24    were explaining to us, was a gun that you bought at a

25    pawn shop?

1    A.    Yes.

2    Q.    And you indicated the date that you bought it?

3          MR. ARNTZ:        May we approach the bench?

4          THE COURT:       You may.

5          (WHEREUPON, a side-bar conference was held

6    off the record.)

7    BY MR. SLAVENS:

8    Q.    I think you indicated it was Anybody's Pawn Shop?

9    A.    Yes, it was.

10   Q.    Now, Walter Polson, I want to show you what's

11   been marked by this red tag, State's Exhibit 69.  Do you

12   see this tag?

13   A.    Yes, sir.

14   Q.    I want you to take a look at this document and

15   see if you can recognize your signature on that

16   document?

17   A.    Yes, I do.

18   Q.    And just for the record so we know, if you, we,

19   we look at that again, where is your signature at on

20   that document?

21   A.    At the top.

22   Q.    Right where your thumb --

23   A.    Yeah, to the right-hand side.

24   Q.    Does that document itself concern the purchase of

25   the gun?

1     A.   Yes, it does.

2     Q.   And are you able to read whether or not this

3  document contains the serial number of the gun that you

4  bought?

5     A.   I know it does.

6     Q.   Can you tell us if it's on there and if so what

7  is the serial number, please?

8     A.   Let me see.  The serial number is 1559350.

9     Q.   Now, I noticed that you hold that, those to your

10  eye, do you have difficulty reading?

11     A.   Yes, I do.  I can't read small print that well.

12     Q.   Now, are you able to make, make out this term

13  here, this word under the word manufacturer?

14     A.   Raven.

15     Q.   And is this the document that you signed when you

16  bought the Raven?

17     A.   Yes, I did.

18     Q.   Now, you were indicted for the two killings of

19  Mr. Blazer's and Mr. McDonald's and some other charges,

20  isn't that correct?

21     A.   Yes, I was.

22     Q.   And as it relates to those charges, you pled

23  guilty?

24     A.   Yes, I did.

25     Q.   After you were charged or indicted, did you

1    receive lawyers?

2        A.    Yes, I did.

3        Q.    And how many lawyers did you receive?

4        A.    At first, one.

5        Q.    Do you know his name?

6        A.    Dennis Lieberman.

7        Q.    And did another lawyer come in to assist him

8    later on?

9        A.    Yes, he did.

10       Q.    Do you know his name?

11       A.    Lou Hoffman.

12       Q.    Mr. Polson, I want you to take a look at this

13   document, it's marked State's Exhibit 71 by the red tag,

14   and are you familiar with what that document is?

15       A.    Yes, I am.

16       Q.    And just what is that document?  First of all,

17   does it contain your signature?

18       A.    Yes, it does.

19       Q.    And do you see your signature on there?

20       A.    Down on the bottom right-hand corner.

21       Q.    That's where you now have your thumb?

22       A.    Yes.

23       Q.    And when you pled guilty, this is your form that

24   the Judge and your attorneys went over with you?

25       A.    Yes, they did.

1    Q.   And it's a plea of guilty form to two counts of

2    aggravated murder?

3    A.   Yes, it is.

4    Q.   And it indicates the maximum term of

5    imprisonment, and what is that?

6    A.   Life in prison.

7    Q.   And when you pled guilty, the charges of

8    aggravated robbery and aggravated robbery and aggravated

9    burglary were dismissed, weren't they?

10    A.   Yes, they were.

11    Q.   From the time that you met with the detectives

12    after you were caught --

13    A.   Yes.

14    Q.   -- until today, as you sit here today, have you

15    changed your story in any fashion?

16    A.   No, I haven't.

17         MR. SLAVENS:    That's all I have, your

18    Honor.

19         THE COURT:    Let's go ahead and take our

20    morning break.

21                        Ladies and gentlemen of the

22    jury, remember the usual instructions from the Court

23    not to discuss the case amongst yourselves or with

24    anybody else, don't form any opinions.  We'll try to

25    keep it to 10 to 12 minutes, somewhere in there,

```
1        because of the late start.  You know how the track

2        records are on these breaks.  Let's keep it to no more

3        than 15.  We'll keep you advised.

4                (WHEREUPON, a recess was taken.)

5

6                IN OPEN COURT - BEFORE THE JURY

7

8                THE COURT:    Cross-examination.

9                MR. ARNTZ:      Thank you.

10                        CROSS-EXAMINATION

11   BY MR. ARNTZ:

12     Q.   Walter, my name is Matthew Arntz and I represent

13   your brother Lee Howe.

14          And have you and I ever met before?

15     A.   I'm not sure.

16     Q.   Well, do you remember ever having seen me before?

17     A.   Yes, I do.

18     Q.   And how many times have you seen me before?

19     A.   Maybe once or twice.

20     Q.   And did you know my name before this morning?

21     A.   No, I didn't.

22     Q.   And did you know that I represented your brother?

23     A.   No, I didn't.

24     Q.   And did you know that I would be cross-examining

25   you?
```

1       A.   No, I didn't.

2       Q.   Did you know that someone would be

3   cross-examining you this morning?

4       A.   Yes, I did.

5       Q.   How did you know that?

6       A.   I just know.

7       Q.   No.  I asked you how did you know that someone

8   would be cross-examining you this morning?

9       A.   'Cause I was told by my lawyers that.

10      Q.   You were told by your lawyer that that would

11  happen?

12      A.   Yes.

13      Q.   When did your lawyer tell you that would happen?

14      A.   When I said I would testify.

15      Q.   When you said you would testify?

16      A.   Yes.

17      Q.   When was it that you said you would testify?

18      A.   I can't recall.

19      Q.   Well, what month is this?

20      A.   February.

21      Q.   What month do you think you said you would

22  testify?

23      A.   Maybe February.

24      Q.   Maybe this same month right here?

25      A.   Yes.  Yes.

1     Q.    You will have to speak up so everyone here can

2     hear you.

3     A.    Yes.

4     Q.    You can't remember when you first said you would

5     testify but you think it was this very month right here?

6     A.    Yes.

7     Q.    And today is February 26th and this is a third

8     week of February, isn't it?

9     A.    Yes, it is.

10     Q.    Well, can you not remember when you first said

11     you would testify just within the last three weeks?

12     A.    Yes, I do.

13     Q.    I'm sorry?

14     A.    I said, yes, I do.

15     Q.    You now remember when you first said you would

16     first testify?

17     A.    Yes.

18     Q.    When was that?

19     A.    During February.

20     Q.    During February just within the last three weeks?

21     A.    Yes.

22     Q.    Had you forgotten that before?

23     A.    No, I haven't.

24     Q.    Okay.  Well, your attorney said that you were

25     going to be cross-examined.  When did he say that to

1    you?

2      A.    I don't know.  During one of our conversations.

3      Q.    When was the last time you talked with your

4    lawyer?

5      A.    I don't know.  Probably about the beginning of

6    this week, the end of last week.

7      Q.    He came to see you Monday of this week, wasn't

8    it?

9      A.    I think so.

10     Q.    And hadn't been back to see you since?

11     A.    No, he hadn't.

12     Q.    Now before you came in here today and told this

13   story, had you talked ever to either of these men on the

14   ends of this table?

15     A.    Yes, I have.

16     Q.    Have you talked to both of these men or just one

17   of them?

18     A.    Just one of them.

19     Q.    Which one had you talked to?

20     A.    Mr. John Slavens.

21     Q.    You know his first name and his last name?

22     A.    Yes, I do.

23     Q.    This man here?

24     A.    Yes.

25     Q.    And you talked to him before you came and

1    testified here today?

2                    MR. SLAVENS:    Objection, your Honor.

3                    THE COURT:    Overruled.  Go ahead.  You

4      can answer.

5      A.   Yes, I do.

6    BY MR. ARNTZ:

7      Q.   Well, tell these people, if you will, when you

8    talked to Mr. John Slavens.

9      A.   Maybe the end of last week, beginning of this

10   week.

11     Q.   You don't remember whether that was last week or

12   this week?

13     A.   One of those days.

14     Q.   You don't remember whether it was last week or

15   this week?

16     A.   It was one of those days.

17     Q.   And was that the only time you talked to Mr. John

18   Slavens before you came in here today to testify?

19     A.   Yes, it was.

20     Q.   And have you talked to anyone else at this table

21   here before you came in here today to testify?

22     A.   No, I haven't.

23     Q.   Never have.

24          Had you never talked to this man here?

25     A.   Yes, I did.

1    Q.   Had you just forgotten you have talked to him

2    before?

3    A.   I wasn't paying attention to the table.  I was

4    paying attention to you.

5    Q.   Okay.  Well, pay attention to my questions if you

6    will.

7         You now remember that you had talked to the man

8    in the center that day?

9    A.   Yes, I have.

10   Q.   And who is that man?

11   A.   Detective Lawson.

12   Q.   You know his first name too?

13   A.   No.

14   Q.   No.  Okay.

15        Tell the jury, if you will, when you last talked

16   to Detective Lawson.

17   A.   When he brought me down to detective section so I

18   could talk to my lawyer.

19   Q.   Okay.  Now is this the only Detective Lawson you

20   know?

21   A.   No, it is not.

22   Q.   You know more than one Detective Lawson?

23   A.   Yes, I do.

24   Q.   Who is the other Detective Lawson?

25   A.   His brother.

1    Q.    Whose brother?

2    A.    Detective Lawson.

3              MR. SLAVENS:    Objection.  I mean,

4    that's --

5              THE COURT:    Well, I will sustain it,

6    but proceed, Mr. Arntz.

7  BY MR. ARNTZ:

8    Q.    The second Detective Lawson you know, is this

9  Detective Lawson's brother?

10   A.    Yes, it is.

11   Q.    How do you know that?

12   A.    How do I know that?

13   Q.    Yes, sir.

14   A.    Because they have the same last name.

15   Q.    No one told you that?

16   A.    No.

17   Q.    Well, what is the other Detective Lawson's first

18  name?

19   A.    I have no idea.

20   Q.    The other Detective Lawson has whitish hair?

21   A.    Silver hair.

22   Q.    Silver hair.

23        And you've talked to the other Detective Lawson

24  before you came in here to testify today, is that true?

25   A.    Yes, I have.

1    Q.   When did you last talk to the other Detective

2  Lawson?

3    A.   June 22d of 1992.

4    Q.   Okay.  You only talked to him once in your life?

5    A.   Yes, I have.

6    Q.   Now, before coming in here today to testify, did

7  you do anything to prepare your testimony?

8    A.   Yes, I did.

9    Q.   What did you do to prepare your testimony?

10   A.   Pertaining to what?

11   Q.   Well, pertaining to what you would tell the jury

12  when you got here today.

13   A.   The truth.

14   Q.   My question is, what did you do to prepare your

15  testimony?

16   A.   Rephrased myself on what I said earlier to come

17  and tell the truth.

18   Q.   You rephrased yourself?

19   A.   Yes, I did.

20   Q.   Can you explain what you mean when you say you

21  rephrased yourself to come in here and testify?

22   A.   I thought back of what happened on the night of

23  June 21st, June 22d.

24   Q.   Okay.  So the only thing you have done to prepare

25  your testimony today is to think back about what

1    happened eight months ago?

2      A.    Yes, and tell the truth.

3      Q.    Okay.  Now, has someone told you to say that?

4      A.    No, they have not.

5      Q.    To tell the truth?

6      A.    No, they have not.

7      Q.    They have not.

8            Has -- well, let me put it this way.  You see all

9    these things on the table here in front of you?

10     A.    Yes, I do.

11     Q.    And you see photographs and cards and envelopes,

12   don't you?

13     A.    Yes, I do.

14     Q.    And paper?

15     A.    Yes, I do.

16     Q.    Okay.  Now, are you telling us you have never

17   seen any of those things before today?

18     A.    Except for those papers that I signed.

19     Q.    Okay.  Now, tell me if I'm correct.  Your

20   testimony today is based only upon what you remember

21   from eight months ago?

22     A.    Of what I know that happened eight months ago.

23     Q.    Right.  And you prepared for today only by

24   sitting and thinking about what you could remember from

25   eight months ago?

1    A.    Me and my lawyer talked about it.

2    Q.    Oh, your lawyer helped you prepare?

3    A.    Well, he is supposed to, ain't he?

4    Q.    My question is, did he help you prepare?

5    A.    Yes, he did.

6    Q.    Please tell these people, if you will, what did

7    your lawyer do to help you prepare.

8    A.    I plead the Fifth Amendment.

9             MR. ARNTZ:        May we have a side-bar?

10            THE COURT:        You may.

11                        AT SIDE BAR

12            THE COURT:        Now, before we go on the

13    record, read back.

14            (WHEREUPON, the Court Reporter read back the

15    last question and the answer.)

16            THE COURT:        Let's go on the record.

17                              The Court's concerned about

18    the attorney/client privilege situation.  And my

19    suggestion at this point is to proceed with another

20    question.  If we hear this word or phrase, Fifth

21    Amendment again, then we'll deal with that

22    accordingly.  We will have the jury taken out and we

23    will see where we are.  But let's rephrase the

24    question and go on from there.  Because the Court is

25    concerned about the attorney/client privilege as it

1    relates to this area of conversation, this area of

2    questioning.  So let's see where we go.

3              MR. ARNTZ:        And our position is the

4    Court should order this witness to answer the last

5    question.

6              THE COURT:        The Court is at this point

7    not going to order the witness to answer the question.

8    I'm going to, on my own, find that the question, at

9    least in this witness' mind, could be a violation of

10   the attorney/client privilege based upon the way it's

11   worded.  Let's rephrase the question.  We will see

12   what happens from there.

13             MR. ARNTZ:        Thank you.

14

15                    BEFORE THE JURY

16   BY MR. ARNTZ:

17   Q.   Mr. Polson, I think we were talking about the

18   meetings between yourself and your lawyer.

19   A.   Yes, we were.

20   Q.   And did you find those meetings to be helpful to

21   you?

22   A.   Pertaining to?

23   Q.   Whatever occurred at those meetings.

24   A.   Yes.

25             MR. SLAVENS:      Objection.  Those meetings

1    could be from the date of point of representation

2    until --

3              THE COURT:      I will sustain the

4    objection, assuming that is one.

5                            Go ahead, Mr. Arntz.  Let's

6    confine the question to give the witness some

7    indication of the time frame you're talking about.

8    BY MR. ARNTZ:

9    Q.    All right.  Why don't you tell us what time frame

10   are we talking about in which you met with your lawyer

11   prior to coming in here today.

12             MR. SLAVENS:      Objection to that, your

13   Honor.

14             THE COURT:      It's too broad, Mr. Arntz.

15   I will sustain the objection.

16   BY MR. ARNTZ:

17   Q.    Do you recall what number of times you met with

18   your attorney before coming here today?

19   A.    Quite a few times.

20   Q.    Quite a few.

21         Can you give us some guess how many times it was?

22   A.    About maybe five, ten times.

23   Q.    Five or ten times.

24         And you told us that you think you saw him just

25   Monday of this week?

1      A.    Yes.

2      Q.    And have you seen him any other times this month?

3      A.    I think the week before that.

4      Q.    The week before this one?

5      A.    Yes.

6      Q.    So you've seen him at least two times this month?

7      A.    Yes.

8      Q.    Okay.  Now, have you ever testified in a court of

9   law before today?

10      A.    No, I have not.

11      Q.    This is your first time as a witness in a court

12   of law?

13      A.    Yes.

14            MR. SLAVENS:     Objection.  That answer has

15   been asked and answered.  He's never testified before.

16            THE COURT:       Now, an objection will

17   suffice, Mr. Slavens.

18            MR. SLAVENS:     I object.

19            THE COURT:       I'm not going to put up

20   with argument from counsel.  Sustain the objection.

21                           Proceed, Mr. Arntz.

22   BY MR. ARNTZ:

23      Q.    Have you, other than trying to remember what

24   happened eight months ago, have you done anything else

25   to prepare for your testimony today?

1    A.    I don't understand the question.  Would you

2    repeat?

3    Q.    What part of the question do you not understand?

4    A.    The whole question.

5    Q.    Have you done anything else to prepare for your

6    testimony today other than just thinking back and trying

7    to remember what happened eight months ago?

8    A.    Yes, I did.

9    Q.    What else did you do?

10    A.    I talked to my lawyer.

11    Q.    Other than talking to your lawyer, have you done

12    anything else?

13    A.    Just, just told him what I knew.

14    Q.    Have you taken any medication before coming here

15    today?

16    A.    No, I have not.

17    Q.    You have not been prescribed any medication?

18    A.    I was on medication a few months back.

19    Q.    And that was to calm you down?

20    A.    Calm my nerves down.

21    Q.    To sedate you?

22    A.    No, just slow my nerves down.

23    Q.    Are you a nervous type of person?

24    A.    Yes, I am.

25    Q.    Are you nervous right now?

1     A.   Maybe a little bit.

2     Q.   Well, you're not shivering or shaking, are you?

3     A.   No, I'm not.

4     Q.   You look pretty calm to me.

5             MR. SLAVENS:    Objection how he looks,

6     your Honor.  It's not --

7             THE COURT:    Sustained.

8     BY MR. ARNTZ:

9     Q.   Were you taking Thorazine recently?

10    A.   No, I was not.

11    Q.   Do you know what drug you were taking in the

12    county jail in order to calm yourself down?

13            MR. SLAVENS:    Objection, your Honor.

14    It's irrelevant.

15            THE COURT:    Sustain the objection.

16    BY MR. ARNTZ:

17    Q.   Now you call yourself a nervous person.  Were you

18    a nervous person back about June 22d of last year when

19    some of these things happened?

20    A.   I think so.

21    Q.   You think so?

22    A.   Yes.  I have bad nerves for all my life.

23    Q.   What have those bad nerves caused you to do?

24    A.   Such as what?

25            MR. SLAVENS:    Objection, your Honor.

```
 1                    THE COURT:      Well, it's -- I will permit

 2      the question.   I'm not sure the witness understands it

 3      though.

 4                                    Do you understand the

 5      question?

 6                    THE WITNESS:    No, I don't.

 7                    MR. ARNTZ:      Okay.

 8                    THE COURT:      Proceed, Mr. Arntz.

 9    BY MR. ARNTZ:

10      Q.   Can you describe a little bit more what you mean

11    when you say you had bad nerves back on June 22d of last

12    year?

13      A.   Well, I inherited bad nerves from my mother's

14    side of the family.

15      Q.   Well, do the bad nerves cause you to behave a

16    certain way?

17      A.   No.  I just get upset a lot easier.

18      Q.   Now, if you will, please explain to these ladies

19    and gentlemen what you mean when you say the bad nerves

20    cause you to get upset a lot easier.

21      A.   I worry.  It makes me worry a lot.  And I get

22    real nervous when I'm under hard pressure.

23      Q.   What do you do when you get nervous under hard

24    pressure?

25      A.   As -- I don't understand the question.
```

1    Q.   Well, do your nerves, does the pressure cause you

2    to lose your temper?

3    A.   No, they don't.

4    Q.   You don't have a temper?

5    A.   Everybody has a temper.

6    Q.   What kind of temper do you have?

7    A.   I don't know.

8    Q.   When you say you were prescribed medication to

9    calm you down, was that to help you control your temper?

10   A.   No, it wasn't.

11   Q.   Do you have a hell of a temper?

12   A.   No, I don't.

13   Q.   Do you get upset easily?

14   A.   Sometimes.

15   Q.   Sometimes.

16        What sort of things make you get upset easily and

17   lose your temper?

18             MR. SLAVENS:    Objection, your Honor.

19             MR. ARNTZ:     Well, let me rephrase that.

20   BY MR. ARNTZ:

21   Q.   Are there certain kinds of people who make you

22   get upset and lose your temper easily?

23             MR. SLAVENS:    Objection.  May we approach

24   the bench?

25             THE COURT:     You may.

1              (WHEREUPON, a side-bar conference was held

2      off the record.)

3              THE COURT:        You may proceed, Mr. Arntz.

4              MR. ARNTZ:        Thank you.

5    BY MR. ARNTZ:

6      Q.    Walter, how did you feel about homosexuals back

7    on June 22d of last year?

8      A.    I feel they got a reason to live like everybody

9    else.

10     Q.    Isn't it true that you used to hate homosexuals?

11     A.    No, it is not.

12     Q.    Have you ever told anyone that you hated

13   homosexuals?

14     A.    No, I did not.

15     Q.    You've never said that?

16     A.    No, I didn't.

17     Q.    Did you ever tell someone that you hated quote,

18   every fag, unquote?

19     A.    I can't recall.

20     Q.    Well, just a minute ago you told me you never

21   have told someone you hate homosexuals.  You can't

22   recall that you hate every fag?

23     A.    I can't recall.

24     Q.    Do you remember telling a woman named Kuehnl that

25   you hated every fag?

1    A.    No, I don't.

2    Q.    Do you deny that you told her that you hated

3  every fag?

4    A.    I don't deny.  I just don't remember.

5              MR. SLAVENS:     Objection.

6              THE COURT:      Overrule the objection.

7  BY MR. ARNTZ:

8    Q.    Is it possible that you told her that you hated

9  every fag?

10             MR. SLAVENS:     Objection to that, your

11   Honor.

12             THE COURT:      Now that I will sustain.

13  BY MR. ARNTZ:

14   Q.    But back in June of last year you thought that

15  homosexuals were okay just like everybody else, is that

16  it?

17   A.    They -- they're alive and they do what we do too.

18   Q.    Well, I'm asking about how you felt back on June

19  22d of last year.

20   A.    Felt the same way I feel now.

21   Q.    Never had any dislike of those kind of people at

22  all?

23   A.    No, I did not.

24   Q.    Now, when you say you're a nervous person, let me

25  ask you again, back on June 22d of last year, were you

```
 1   an impulsive kind of person?

 2      A.    What do you mean by impulsive?

 3      Q.    You do not know what that word means?

 4      A.    No, I do not.

 5      Q.    Were you on that date the kind of person who

 6   makes quick decisions?

 7               MR. SLAVENS:    Objection, your Honor.

 8               THE COURT:      If you know, go ahead and

 9      answer.   Overruled.

10      A.    Repeat the question.

11   BY MR. ARNTZ:

12      Q.    Back on June 22d of last year, were you the kind

13   of person who made quick decisions without thinking

14   about them?

15      A.    I can't say.

16      Q.    Don't know one way or the other?

17      A.    No.

18      Q.    Well, you have in your lifetime moved from job to

19   job and from state to state, haven't you?

20      A.    Yes, I have.

21      Q.    And from one house to another, haven't you?

22      A.    Yes, I have.

23      Q.    And I think you told us that you have kind of a

24   complicated family situation, don't you?

25      A.    Pertaining to what?
```

1      Q.    Well, in other words, you have a number of

2   brothers and sisters, correct?

3      A.    Yes, I do.

4      Q.    How many do you have?

5      A.    Including me, five.

6      Q.    Five.

7            And do they all have the same mothers and

8   fathers?

9      A.    No, they don't.

10     Q.    They don't.

11           And that is in fact why Lee Howe is your

12  stepbrother and not your brother, isn't that true?

13     A.    Yes, it is.

14     Q.    And the prosecutor said, if I understand it, you

15  have lived places other than Lee has lived, haven't you?

16     A.    Yes, I have.

17     Q.    Think you lived in a trailer court early in 1992?

18     A.    Yes, I have.

19     Q.    And then you and Lee began to live together in

20  the late spring of 1992?

21     A.    June of '92.

22     Q.    June.  And that would be just two or three weeks

23  before June 22d, wouldn't it?

24     A.    Yeah, I guess it would be.

25     Q.    Now, Tony Elofskey is a friend of yours, isn't

1    he?

2        A.    Yes, he is.

3        Q.    How close a friend?

4        A.    Not too close, just a friend.

5        Q.    Not too close a friend.

6             Well, who took you to the hospital when you shot

7    yourself in the foot?

8        A.    He did 'cause I asked.

9        Q.    He was good enough of a friend to take you to the

10   hospital?

11       A.    Yes, he was.

12       Q.    And how long have you known Tony now?

13       A.    A few years.

14       Q.    How many years is that?

15       A.    About three.

16       Q.    About three years.

17            And you and Tony spent a lot of time together

18   with each other before June 22d of last year?

19       A.    We have not.

20       Q.    How much time did you spend with each other prior

21   to that?

22       A.    I only seen him once in awhile when I went to my

23   girlfriend's mother's house.

24       Q.    Tony live here in the City of Dayton?

25       A.    Yes, he does.

1    Q.   Doesn't live all that far from you, does he?

2    A.   At the present time he did.

3    Q.   At the present time he did.

4       Well, let's see.  Did Tony ever visit you at your

5 home?

6    A.   Yes, he did.

7    Q.   And was that once or more than once?

8    A.   Once.

9    Q.   Only once in his life has he been in your home?

10       MR. SLAVENS:    Objection, your Honor.

11    A.   Yes.

12       THE COURT:    Overruled.

13 BY MR. ARNTZ:

14    Q.   And, and you and Tony used to go out together and

15 do things?

16    A.   Sometimes.

17    Q.   What sort of things would you guys do together?

18    A.   Go out cruising around, drink, try to pick up

19 girls.

20    Q.   Cruise around, drink, and try to pick up girls,

21 is that right?

22    A.   Yes, it is.

23    Q.   Well, who, who was trying to pick up the girls

24 was you or you or Tony or both of you?

25    A.   Both of us.

1     Q.   Is Tony a male prostitute?

2     A.   I don't know.

3     Q.   You don't know him well enough to say one way or

4 the other?

5     A.   No, I don't.

6     Q.   Do you know what a male prostitute is?

7     A.   Yes, I do.

8     Q.   Is Tony bisexual?

9     A.   I don't know.

10     Q.   Do you know what that means?

11     A.   Yes, I do.

12     Q.   I think you told the prosecutor that you were

13 familiar with that area of Monument and Findlay before

14 June 22d of last year, is that right?

15     A.   Yes, I am.

16     Q.   That's a place where homosexuals congregate and

17 hang out?

18     A.   I guess so.

19     Q.   We'll, don't guess.  Is that true or not?

20     A.   I don't know.

21     Q.   Well, why did you guess so if you don't know one

22 way or the other?

23     A.   I said I don't know.

24     Q.   Had you ever heard that before that homosexuals

25 hang out at that place?

1    A.    Yes, I have.

2    Q.    Where have you heard that?

3    A.    When I used to play softball over there on

4    Kettering Fields.

5    Q.    And Tony was familiar with that area of Monument

6    and Findlay before June 22d, wasn't he?

7    A.    I do not know.

8    Q.    He knew how to drive right over there, didn't he?

9    A.    I suppose so.   I suppose everybody does.

10    Q.    Well, whenever you went to the Monument and

11    Findlay area with Tony, he would be driving, wouldn't

12    he?

13                 MR. SLAVENS:      Objection, your Honor.

14                 THE COURT:      Sustain the objection.

15                 MR. ARNTZ:      All right.

16    BY MR. ARNTZ:

17    Q.    You and Tony been in trouble before together?

18    A.    No, we haven't.

19                 MR. SLAVENS:      Objection, your Honor.

20    General nature of the question.

21                 THE COURT:      I will sustain the

22    objection.

23    BY MR. ARNTZ:

24    Q.    Now, you and Tony also have a person in common,

25    don't you?

```
 1      A.    A person?

 2      Q.    Yes.

 3      A.    Yes, we do.

 4      Q.    And please tell these people who that person is

 5   who you have in common with Tony?

 6      A.    As referring to relationship?

 7      Q.    Yes.

 8      A.    His cousin.

 9      Q.    Tony's cousin.  Tony Elofskey's cousin is

10   somebody close to you, isn't she?

11      A.    Yes, she is.

12      Q.    What is her name?

13      A.    Terri Lynn Elofskey.

14      Q.    Terri Lynn Elofskey, Tony's cousin?

15      A.    Yes.

16      Q.    Is close to you for what reason?

17      A.    She's my girlfriend.

18      Q.    How long had she been your girlfriend?

19      A.    For a while.

20      Q.    Can you tell us how long that is?

21      A.    No, I cannot.

22      Q.    Well, is that a week or a year or three years?

23      A.    I've lost track.

24      Q.    How is your memory?

25      A.    It's all right.
```

1    Q.    Better or less than average you think?

2    A.    Depends.

3              MR. SLAVENS:    Objection, your Honor.

4              THE COURT:    Sustained.

5    BY MR. ARNTZ:

6    Q.    Are you telling me as I stand here you don't

7    remember how long you've had this girlfriend?

8    A.    No, I don't.  We've been going together off and

9    on.

10    Q.    And for how long have you been going together off

11    and on?

12    A.    I can't remember.  Can't recall.

13    Q.    You can't say whether that's a month or a year or

14    three years?

15    A.    No, I can't.

16    Q.    Where did your girlfriend, Tony Elofskey's

17    cousin, live back in June of 1992?

18    A.    1803 East Fifth Street.

19    Q.    East Fifth Street.

20          And where did she live, your girlfriend, as

21    compared to where Tony lived?

22    A.    Right next door.

23    Q.    In the same building?

24    A.    Yes, it was.

25    Q.    Now, do you ever visit your girlfriend at that

1    building?

2        A.    No, I did not.

3        Q.    Never been there?

4        A.    Yeah, I have been there.

5        Q.    You just remembered that?

6        A.    Just remembered that.

7        Q.    Yeah.  How many times have you been to her house

8    right next to Tony's house?

9        A.    Well, Tony just recently moved in there.

10       Q.    How many times was my question.

11       A.    Since Tony lived there, none.

12       Q.    None.

13             Now, do you own a car?

14       A.    No, I don't.

15       Q.    And in June you didn't own a car?

16       A.    No, I did not.

17       Q.    And I think your brother Lee didn't own a car,

18    did he?

19       A.    No, he did not.

20       Q.    Well, of you and Lee and Tony, did any of you

21    have a car?

22       A.    Tony did.

23       Q.    Tony had a car?

24       A.    Yes, he did.

25       Q.    And was that a Monza automobile?

1    A.    Yes, it was.

2    Q.    What color was that?

3    A.    Primered brown.

4    Q.    You think that's a brown car?

5    A.    Yeah, primered.

6    Q.    Two or, or four door?

7    A.    Two door.

8    Q.    And like any other two door car, if you want to

9 get in the back seat, you have to go through one of the

10 two doors to do it?

11    A.    Yes, you do.

12    Q.    Right.

13         If someone is sitting in the front seat, you have

14 to somehow get around those people to get back and sit

15 in the back seat, isn't that true?

16    A.    Yes, you do.

17    Q.    And before June 22d of last year, you been in

18 Tony's car before?

19    A.    Yes, I have.

20    Q.    How many times had you been in his car before?

21    A.    Maybe twice.

22    Q.    Maybe twice.

23         And what was the interior of that car like?

24    A.    It was, the car, like a red, reddish color or

25 maroon.

1    Q.    What sort of condition did Tony keep the interior

2    of that car in?

3    A.    Fair condition.

4    Q.    I'm sorry?

5    A.    Fair condition.

6    Q.    Fair condition.

7          Did he keep that car spotless or dirty or what?

8    A.    Kept it pretty well clean.

9    Q.    Pretty well clean?

10   A.    Yes.

11   Q.    And that's based upon the two times you saw it

12   before June 22d?

13   A.    That's right.

14   Q.    I see.

15         And on June 22d I think you told the prosecutor

16   that you found Tony cleaning his car?

17   A.    Yes.

18   Q.    And what time of day was that?

19   A.    It was late in the evening.

20   Q.    That was after dinner time, wasn't it?

21   A.    Yes, it was.

22   Q.    Closer to what, 11 o'clock?

23   A.    Probably 10, 10:30, 11 o'clock.

24   Q.    Ten or 10:30 or 11.

25         And he was actually cleaning the insides of the

1    car?

2       A.    Yes, he was.

3       Q.    How was he cleaning it?

4       A.    Well, he was in the back seat taking everything

5    out so he could clean the floorboard.

6       Q.    Okay.  Tell us what he was taking out of the back

7    seat in order to clean the floorboard?

8       A.    His tapes and speakers.

9       Q.    How many speakers?

10      A.    Two.

11      Q.    What size?

12      A.    I don't know.

13      Q.    Well, I'm showing you kind of an ordinary grocery

14   bag.  Speakers about that size?

15      A.    Maybe.

16      Q.    Maybe?

17      A.    Yes.

18      Q.    You having trouble remembering what size the

19   speakers were?

20      A.    I didn't get out a ruler that night.

21      Q.    Well, you remembered quite a few things that

22   happened that night.  You don't remember anything about

23   what size the speakers were?

24      A.    I just knew they was black, that was maybe about

25   that long (indicating).

1    Q.    Wider than this grocery bag?

2    A.    Probably not.

3    Q.    Probably not but about as tall as a grocery bag?

4    A.    Yes.

5    Q.    And there was two of those?

6    A.    Yes, there was.

7    Q.    Where did those two speakers sit in Tony's car?

8    A.    Behind the driver seat.

9    Q.    They both sat directly behind the driver, driver

10   seat?

11   A.    Yes, they did.

12   Q.    Did they sit on the floorboard or on the back

13   seat?

14   A.    Side by side on the back seat.

15   Q.    Were they hooked up to anything?

16   A.    To the radio.

17   Q.    Where was the radio?

18   A.    In the front.

19   Q.    So there were wires running from the speakers in

20   the back to the radio in the front?

21   A.    Yes, there was.

22   Q.    Where do those wires run?

23   A.    I do not know.

24   Q.    Well, you remember there were wires but you don't

25   remember where they were?

1    A.    There has to be wires.

2    Q.    Okay.  You think there were wires but you never

3    saw any?

4    A.    They wouldn't play without them.

5    Q.    You actually heard those stereos produce music,

6    have you not?

7    A.    Yes, they have.

8    Q.    But you agree with me the stereo speakers have to

9    be wired some way in the radio in front, don't they?

10    A.    Yes, they do.

11    Q.    Now you said something about cassette tapes,

12    didn't you?

13    A.    Yes, I did.

14    Q.    He used to travel with a lot of cassette tapes in

15    his car, didn't he?

16    A.    He did that night.

17    Q.    How did he store those cassette tapes?

18    A.    On the floorboard of the floorboard of the driver

19    side on the back.

20    Q.    Okay.  Were they just loose riding around there

21    or in a cabinet?

22    A.    They was in a case, a little tape case, maybe

23    that long, that wide, that long.

24    Q.    Hold your hand up so all these people can see

25    that.

1    A.    About that long and that wide.

2    Q.    Okay.  Longer than it's wider?

3    A.    That long.

4    Q.    About that long and that wide.  All right.

5          And that case used to be on the floorboard behind

6    the driver side seat of that car?

7    A.    Yes, they did.

8    Q.    And what else did he used to keep in that car?

9    A.    I do not know.

10   Q.    Well, now think back to those three times, four

11   times, I guess you were in it, he used to have any trash

12   on the floorboard?

13   A.    Two times.  I do not know.

14   Q.    Let's get it together on this.  Before June 22d

15   you were in his car how many times?

16   A.    Twice.

17   Q.    All right.  And then on June 22d, how many times

18   were you in his car?

19   A.    Once.

20   Q.    Only once?

21   A.    Yes, I was.

22   Q.    Now have you not described getting into his car

23   and going to Monument and Findlay and then going back

24   home?

25   A.    That was the first time.  That was on the 21st of

1  June.

2    Q.    You were, so you were in the car on the 21st and

3  the 22d?

4    A.    Yes, I was.

5    Q.    That's two times?

6    A.    Yes, it was.  And once to the hospital.

7    Q.    And once to the hospital.  Now that's three

8  times?

9    A.    Yes.

10    Q.    Any other times?

11    A.    No, there wasn't.

12    Q.    Okay.  Those three times you were in the car,

13  what other material was riding around on the floorboard

14  of his car?

15    A.    I didn't take time to look.  I do not know.

16    Q.    Well, now you've told me a few minutes ago that

17  Tony kept his car in fairly clean condition inside, you

18  remember that?

19    A.    Yes, I did.

20    Q.    But now you're saying you don't remember what the

21  areas of the car looked like other than the speakers and

22  the stereo?

23    A.    Well, the front was pretty clean.

24    Q.    The front was pretty clean.  What about the back?

25    A.    It was pretty clean, except he had his tapes and