1    A.    Yes.

2    Q.    You been there before with Walter?

3    A.    Right.

4    Q.    Before June 22d of last year?

5    A.    Right.

6    Q.    And when the two of you were together at the

7    levee prior to June 22d of last year, Weston was not

8    there with you?

9    A.    Right.

10    Q.    Now on June 22d, as I understand it, you're

11    saying that Weston and Walter were out looking for their

12    girlfriends when they met up with you?

13    A.    Yes.

14    Q.    Now when you gave the videotaped interview to

15    Detective Wade Lawson, that was on June 23rd, wasn't it?

16    A.    I think it was still June 22d.

17    Q.    Either the evening hours of June 22d or early --

18    A.    June 23rd, 7 o'clock in the morning.

19    Q.    Early morning of June 23rd, am I right?

20    A.    Yes.

21    Q.    And on that date did you tell Detective Wade

22    Lawson in the videotaped interview that the way you met

23    up with Weston and Walter that morning of the 22d was

24    because they were looking for their girlfriends?

25    A.    Right.

1    Q.    Isn't it true that you told Detective Lawson on

2    the videotape it actually started out when the three of

3    you were just out driving around?

4    A.    We were driving around looking for their

5    girlfriends.

6    Q.    And you said something this morning about having

7    let Walter and Weston off at Valley Street?

8    A.    Right.

9    Q.    And for how long were they dropped off there at

10   Valley Street before you picked them up again?

11   A.    Quite sometime.

12   Q.    Well, can you give me some idea when during the

13   day this happened?

14   A.    Early in the morning, then later on that

15   afternoon I came back.

16   Q.    So there is a period of several hours there when

17   the three of you are split up, is that right?

18   A.    Right.

19   Q.    Now before you dropped Weston and Walter off at

20   their house that morning, had there been a plan yet to

21   rob someone down at the levee?

22   A.    Referring to Blazer?  No.

23   Q.    Well, now did you rob Blazer at the levee?

24   A.    No.

25   Q.    Speaking about Mark McDonald, do you remember

1   him?

2     A.    Right.

3     Q.    My question, Mr. Elofskey, is before you dropped

4   Walter and Weston off at their home in the morning of

5   June 22d, had there already been a plan about robbing

6   someone at the levee that day?

7     A.    I think so.

8     Q.    You think so.  Are you not sure about that?

9     A.    Not totally.

10    Q.    You're not sure just when this plan was created

11  that day?

12    A.    Not totally sure.

13    Q.    In any event, you say you came back and picked up

14  the two of them at their home later on the afternoon of

15  the 22d?

16    A.    Right.

17    Q.    And this is when you say the three of you drove

18  out to the levee, is that right?

19    A.    Right.

20    Q.    And the plan was to rob someone there?

21    A.    Right.

22    Q.    And Walter had a gun?

23    A.    Yes.

24    Q.    And his gun was loaded?

25    A.    As far as I know.

1    Q.    Usually is, isn't it?

2    A.    What do you mean?

3    Q.    Well, you know he carries a loaded gun around,

4  don't you?

5    A.    He didn't carry one until that time.

6    Q.    Until that day he hadn't carried a loaded gun

7  around?

8    A.    Not that I know of.

9    Q.    Where did he carry that unloaded gun prior to

10  June 22d?

11    A.    He didn't carry an unloaded gun either.  Maybe

12  once when me and him was out with one of my

13  ex-girlfriends and that was in her glove compartment.

14    Q.    So when you picked Walter up on the afternoon of

15  the 22d, you knew that he had a gun and you assumed it

16  was loaded, am I right?

17    A.    On the afternoon of the 22d when me and him went

18  out, he didn't have a gun with him.

19    Q.    I'm talking about when you say you picked up

20  Weston and Walter at their home in the afternoon of the

21  22d.

22    A.    Right.

23    Q.    And before you went out to the levee, am I

24  correct, you understood that Walter had a gun on him?

25    A.    He didn't have a gun on him when we went to the

1  levee that day.

2   Q.   He had no gun?

3   A.   He had no gun with him 'cause we just left -- we

4  went to the hospital and he didn't take one with him

5  there.

6   Q.   He wouldn't carry a loaded gun through the

7  hospital, would he?

8   A.   No.

9   Q.   Let me see if we can get together on this.   This

10  is before the first man was robbed and killed that I'm

11  talking about.   Do you understand?

12   A.   I'm talking about -- I thought you were talking

13  about after.

14   Q.   I want to be sure you understand me.   Before the

15  first man was robbed and killed late on the 22d, you

16  picked Walter up at his home in the afternoon?

17   A.   No, I didn't.

18          MR. SLAVENS:      Objection to that, your

19   Honor.

20          THE COURT:      As to the phraseology,

21   sustained.

22  BY MR. ARNTZ:

23   Q.   My question to you, Mr. Elofskey, is, before --

24  at the time you picked Walter up at his home in the

25  afternoon of June 22d, and before you went out to the

```
 1    levee before the first man was killed, did you
 2    understood that Walter had a gun with him or not?
 3                  MR. SLAVENS:     Objection.  That's not the
 4       testimony.
 5                  MR. ARNTZ:      I'm only asking.
 6                  THE COURT:      Well, it's the way you're
 7       asking the question, Mr. Arntz.  Sustained.
 8    BY MR. ARNTZ:
 9       Q.   Let me try this.  A man was robbed and killed at
10    the levee, am I right?
11       A.   Not at the levee.
12       Q.   At Monument and Findlay?
13       A.   Right.
14       Q.   Okay.  And when the man was robbed and killed at
15    Monument and Findlay, did Walter have a gun with him?
16       A.   Yes, he did.
17       Q.   And was that gun loaded?
18       A.   I didn't, I didn't open it up and check.
19       Q.   Is that a no or I don't know?
20       A.   I don't know.
21       Q.   I don't know?
22       A.   It might have been loaded; it might not have
23    been.
24       Q.   How do you know that Walter had a gun with him
25    there at that time?
```

1      A.    Because I seen them both.

2      Q.    Where did you see Walter's gun?

3      A.    In his hand.

4      Q.    And which hand was he holding it in?

5      A.    I think his right.

6      Q.    And what was happening when you saw Walter

7    holding his gun in his right hand?

8      A.    He was laying down on the back, back floorboard.

9      Q.    This was before the first man was robbed and

10   killed, am I right?

11     A.    Right.  A couple minutes before.  When it was in

12   the process.

13     Q.    Okay.  Now you said this morning that you were

14   out there looking for a fag to rob?

15     A.    All three of us were.

16     Q.    Is that a yes?

17     A.    Yes.

18     Q.    And is this something you had done before there?

19     A.    No.

20     Q.    What made you think that you could rob a

21   homosexual out there that day?

22     A.    I don't know.

23     Q.    Well, now you told the prosecutor that

24   homosexuals won't come up to your car, you thought, if

25   he saw three people in it?

1        A.    Right.

2        Q.    Do you remember that?

3              How would you know that?

4        A.    'Cause usually I wouldn't walk up to a car with

5        three people in it if I didn't know none of it.

6        Q.    Had you had a experience like this before out at

7        the levee with a homosexual?

8                    MR. SLAVENS:      Objection, your Honor.

9                    THE COURT:      Overruled.

10                   MR. ARNTZ:      Can you read the question

11        back, please?

12                   (WHEREUPON, the Court Reporter read back the

13        last question.)

14        A.    What do you mean?

15    BY MR. ARNTZ:

16        Q.    Well, you had been out to the levee before

17    hustling, am I right?

18        A.    Right.

19        Q.    Okay.  And you understood based upon your

20    experience out at the levee hustling that homosexuals

21    would not approach your car if there were three people

22    in it, is that what you're saying?

23        A.    Yes.  Right.

24        Q.    All right.  Now, how was it based upon your

25    experience in the past you, you would come to that

1  conclusion?

2     A.   'Cause I have been up there with friends of mine

3  before.

4     Q.   Can you explain a little bit more?  What

5  difference does it make what number of people are in the

6  car?

7     A.   'Cause it just scares them away.

8     Q.   Well, would three scare them away more than two,

9  is that it?

10     A.   Yes.

11     Q.   Did you tell Detective Wade Lawson that Walter

12  was covered up inside your car that day?

13     A.   He was wearing black.  There was a blanket in the

14  back seat.

15     Q.   Was he or was he not covered up on the floorboard

16  or back seat that day?

17     A.   I don't recall.

18     Q.   Do you remember telling Detective Wade Lawson

19  that he was covered up?

20     A.   I might have.  Like I said, I don't recall.

21     Q.   And you say that the man came up and spoke to

22  you; and you moved your cars to another location; and

23  then the man approached your car, the driver door

24  window, am I right?

25                 MR. SLAVENS:    Objection, your Honor.

1    THE COURT:    I'm going to sustain the

2  objection, Mr. Arntz.  One question at a time, I think

3  we'll be all right.

4  BY MR. ARNTZ:

5    Q.    All right.  You met Mark McDonald the first time

6  there at the levee, am I right?

7    A.    Right.

8    Q.    You spoke to each other, am I right?

9    A.    Right.

10    Q.    And then the two of you moved your cars to

11  another location, am I correct?

12    A.    Correct.

13    Q.    And when you arrived at the other location,

14  McDonald got out of his car and walked up to your car?

15    A.    Right.

16    Q.    And he began speaking to you through the driver's

17  door window?

18    A.    Right.

19    Q.    Now, was he speaking to anyone other than you at

20  that time?

21    A.    He noticed Weston on the floorboard of the car.

22    Q.    I'm talking about when he first approached your

23  driver's door window, began to speak to you through the

24  window.  He was mainly talking to you?

25    A.    Yes.

1    Q.    Well, now, how soon after he walked up to your

2    window do you say he saw Weston in the car?

3    A.    As soon as he looked down in the car.

4    Q.    So the two of you, you and McDonald didn't have

5    much conversation then before McDonald saw Weston?

6    A.    Other than talking to the passenger window when I

7    rode -- when I was talking to him up in the park through

8    the passenger side window, we pulled along each other.

9    Q.    Did you -- didn't you tell the prosecutor about

10   45 minutes ago that yourself and McDonald spent about

11   five minutes talking before he saw Weston?

12   A.    We were talking, yes.  But he noticed Weston on

13   the floorboard.

14   Q.    You remember telling the prosecutor it was five

15   minutes before he saw anyone else in the car?

16   A.    I don't know.

17   Q.    And do you remember telling Detective Wade Lawson

18   in your videotaped interview that the guy outside was

19   talking to us?

20   A.    What do you mean talking to us?

21   Q.    Well, did you tell Detective Wade Lawson that the

22   guy outside the car was talking to us instead of you?

23   A.    He was talking to me but then he also referred to

24   Weston.

25   Q.    And do you remember telling Detective Wade Lawson

1    that the guy at your window was talking like a jerk?

2        A.    Yeah, he was.

3        Q.    Now, did you tell the prosecutor about 45 minutes

4    ago that the man at your window was talking about normal

5    things?

6        A.    Pretty much normal things.

7        Q.    And now what do you mean when you say he was

8    talking like a jerk?

9        A.    When he first approached the car, he was a jerk.

10    He just had an attitude problem starting out with and he

11    mellowed out.

12        Q.    Then this is when you say after sometime Weston

13    is saying now? now? now?

14        A.    Yes.

15        Q.    Now did you ever tell a story that Weston said to

16    you, can I rob him?

17        A.    That's what the deal was, we was supposed to rob

18    him.

19        Q.    Mr. Elofskey, have you ever told the story that

20    Weston said to you, can I rob him?

21        A.    I don't know.

22        Q.    You don't know one way or the other?

23        A.    No.

24        Q.    Have you ever told the story that Weston said to

25    you, can I rob him three times?

1    A.   Can I rob him three times?

2    Q.   Three times said to you, can I rob him?

3    A.   He just kept saying now? now? now?

4    Q.   So the answer is, no, you don't remember telling

5 someone that?

6    A.   I told him to hang on for a minute, say, wait,

7 wait a minute, wait a minute.

8    Q.   You remember telling the story that Weston said,

9 fuck it, and then fired the gun?

10    A.   I don't know.  I don't recall.

11    Q.   You don't know whether you said that or not?

12    A.   Right.

13    Q.   You remember telling the story that Weston said,

14 I want your money, and fired the gun?

15    A.   I don't recall.

16    Q.   And you said that when Weston had the gun, it was

17 somehow hidden under your leg, is that right?

18    A.   Right.

19    Q.   And I take it that if he fired the gun out your

20 driver's door window, he had to get the gun out from

21 under your leg somehow?

22    A.   If I'm sitting like I am now the same way I was

23 sitting in the driver side of my car, if it's tucked up

24 your right leg, all he has to do is pull it out.

25    Q.   Are you saying he pulled it out from under your

1    leg and reached over toward the driver's door window?

2       A.   His arm was already stretched out, all he had to

3    do is pull it up.

4       Q.   That's my question.  Are you saying he stretched

5    his arm out in front of you toward the driver's door

6    window?

7       A.   Right.

8       Q.   And where was McDonald when you say Weston had a

9    gun stretched out toward the driver's door window?

10      A.   Standing right outside the driver's door.

11      Q.   My question to you is, how close is he to the

12   driver's door window at that time?

13      A.   Very close.

14      Q.   Does he have his hands or arms on the driver's

15   door window?

16      A.   I think he did.  I'm not sure.

17      Q.   Okay.  Was his face or head close to the driver's

18   door window?

19      A.   Yes.

20      Q.   And when you say Weston had this gun aimed

21   outside the window, his arm?

22      A.   It wasn't completely outside the window.

23      Q.   No, but aimed toward the window?

24      A.   Right.

25      Q.   He must have had that armed stretched in a

1    straight line right in front of your face?

2        A.    When the gun went out, it was right next to my

3    face.

4        Q.    The gun was right next to your face?  Is it

5    surprising to you?

6        A.    I couldn't hear out of my left ear for a while.

7        Q.    Were you startled when a gun was fired directly

8    in front of your face?

9        A.    Yes.

10       Q.    You didn't expect that to happen?

11       A.    I don't recall at that time.

12       Q.    Well, wasn't that a little dangerous for Weston

13   to fire the gun right in front of your face like that?

14               MR. SLAVENS:    Objection, your Honor.

15               THE COURT:    Sustained.

16   BY MR. ARNTZ:

17       Q.    Did you think you were yourself in some kind of

18   danger to have a gun fired so closely in front of your

19   face like that?

20               MR. SLAVENS:    Objection.

21               THE COURT:    Overruled.

22       A.    If it backfired, it probably would have.

23   BY MR. ARNTZ:

24       Q.    Could have gotten hurt, couldn't you?

25       A.    Yeah.

1     Q.    That wasn't part of the plan, was it?

2     A.    What's that?

3     Q.    To fire a gun right in front of your face like

4     that?

5     A.    No.

6     Q.    You wouldn't have agreed to that, would you?

7     A.    No.

8     Q.    This is when you say that Weston and Walter got

9     out of the car and ran?

10    A.    Ran after the guy.

11    Q.    And did you ever tell the story that Weston

12    caught up to the man and shoved his face down into the

13    ground or the mud or the dirt?

14    A.    Drug him to the ground.

15    Q.    My question is, do you ever tell the story that

16    Weston pushed the man's face, face down into the mud?

17    A.    Pushed him to the ground, yes.

18    Q.    Mr. Elofskey, my question is, did you ever tell

19    the story that Weston pushed the man's face down into

20    the ground or the mud?

21              MR. SLAVENS:    Objection, your Honor.

22              THE COURT:    Now overruled.

23                             Listen to the question,

24    Mr. Elofskey.  I think there is just a communication

25    problem here.

1    BY MR. ARNTZ:

2      Q.   What was your answer?

3      A.   I think so.

4      Q.   You think so.  Is that something you say you saw?

5      A.   Yes.

6      Q.   Where were you when you saw that?

7      A.   In the driver seat of my car.

8      Q.   And you say that afterwards there were three or

9    four different trips to Green Machines to try to use a

10   Green Machine card?

11     A.   Right.

12     Q.   You went to one place twice?

13     A.   Right.

14     Q.   And do you remember telling the story that you

15   only went to two locations to try --

16     A.   Three locations.

17     Q.   -- to try to use the Green Machine card?

18     A.   Two or three locations.

19     Q.   Well, my question is, do you remember telling the

20   story you only went to two locations that night?

21     A.   It's been so long, I don't remember.

22     Q.   You don't know one way or the other?

23     A.   Right.

24     Q.   Would -- why would you need three people to rob

25   McDonald that night?

1          MR. SLAVENS:    Objection, your Honor.

2          THE COURT:      Overruled.

3     A.   I don't know.

4  BY MR. ARNTZ:

5     Q.   I think you told the prosecutor this morning that

6  you were very nervous after the shooting, is that right?

7     A.   Yes.

8     Q.   And scared, I guess?

9     A.   Right.

10    Q.   And you remember telling that you had gone to a

11 house afterwards and laughed about the whole thing?

12    A.   What do you mean?

13    Q.   Well, do you remember going to a house and

14 laughing about what had happened that night afterwards?

15    A.   Not that night afterwards, no.  I took them home

16 and I went home.

17    Q.   Well, my question is, first of all, was there a

18 time when you went elsewhere after trying to get this

19 money out of the Green Machine and actually laughed with

20 people about what had happened that night?

21         MR. SLAVENS:    Objection, your Honor.

22    He's asked that question.

23         THE COURT:      Last time.  Overruled.

24    A.   I think so, but I really don't know.

25

1    BY MR. ARNTZ:

2      Q.    Do you remember telling Detective Wade Lawson on

3    the videotaped interview that there was this laughing

4    session afterwards?

5      A.    I don't remember.  That's been eight months and a

6    week ago.  You tend to forget about things.

7      Q.    If there had been a laughing session, then you're

8    nervousness must have passed by that time?

9      A.    Right.

10              THE COURT:        Why don't we go ahead and

11    take our morning break at this point in time.

12                              Ladies and gentlemen of the

13    jury, remember the usual instructions from the Court

14    not to discuss the case among yourselves or with

15    anybody else.  I'm not sure which way you head here.

16    But we will land you in an appropriate jury room.

17    Don't form any opinions.  We'll see you back in

18    approximately 15 minutes.

19

20              (WHEREUPON, a recess was taken.)

21

22

23

24

25

1                    IN OPEN COURT - BEFORE THE JURY

2                                        11:11 a.m.

3                    THE COURT:        You may continue, Mr.

4        Arntz.

5                    MR. ARNTZ:        Thank you.

6      BY MR. ARNTZ:

7        Q.    Mr. Elofskey, let me take you back to the first

8      shooting out at the Monument and Findlay area.  And I

9      want to ask you, when you drove away from that area,

10     where was Mr. McDonald?

11       A.    On the ground.

12       Q.    Okay.  Was he on his side, on his back, on his

13     front?

14       A.    I don't remember.

15       Q.    Was he moving?

16       A.    I don't know.  All I seen was once they jumped in

17     the car, I looked over, he was laying on the ground.  I

18     took off.

19       Q.    He wasn't walking, stumbling, staggering,

20     anything like that?

21       A.    All I know is from what Walt told me when he

22     jumped back in the car, he was mumbling.

23       Q.    Now, as I understand it, it was sometime later in

24     the day you took Walt to the hospital to have some work

25     done, is that right?

1    A.    Right.  He shot himself in the foot.

2    Q.    What time was that?

3    A.    Afternoon somewhere.

4    Q.    You have to keep your voice up so everyone can

5    hear.

6    A.    In the afternoon.  Sometime in the afternoon.

7    Q.    And I think you told me before the break this

8    morning that you weren't aware of whether or not Walter

9    carried a loaded gun prior to June 22d.  You remember

10   that?

11   A.    Right.

12   Q.    But if he shot himself in the foot, he must have

13   carried a loaded gun, is that right?

14              MR. SLAVENS:      Objection, your Honor.

15              THE COURT:        I understand the point.

16   I'm going to overrule the objection.  You're allowed

17   to explain your answer.

18   A.    He did that while I wasn't with him.  He did that

19   in his own house.

20   BY MR. ARNTZ:

21   Q.    But he did that with a gun, didn't he?

22   A.    I didn't see him do it.  That's from what I was

23   told.

24   Q.    And you were told that by Walt?

25   A.    Told that by Walt and Weston.

1    Q.    Uh-huh.  This second incident you were talking

2    about, you said that, if I understand it, you and Walter

3    are riding around in your car again, you're out at the

4    levee area?

5    A.    Right.

6    Q.    And where is Weston when this is happening?

7    A.    At home with his girlfriend.

8    Q.    Well, he's certainly not in your car with you and

9    Walt, is he?

10    A.    No.

11    Q.    And when you're riding out in the levee area now,

12    you are looking for someone you know, aren't you?

13    A.    No.

14    Q.    Would it be incorrect if I were to testify or say

15    that you were looking for someone when you were out

16    there that day?

17    A.    I wasn't looking for anybody that day.

18    Q.    Well, you knew that Richard Blazer might be out

19    there, did you?

20    A.    No, I did not.

21    Q.    Did you tell Detective Wade Lawson in your

22    videotaped interview that you knew Dick Blazer because

23    you had been out with him plenty of times before?

24    A.    Yes.

25    Q.    You called him queer in a fag park?

1    A.    Called him a queer in a fag park?

2    Q.    That's right.  Do you remember saying that to

3    Detective Wade Lawson?

4    A.    I don't recall.  I might have.  I might not have.

5    Q.    But in any event, you knew Blazer personally

6    prior to June 22?

7    A.    Yes.

8    Q.    You had been to his house before?

9    A.    Yes.

10   Q.    And when you went to his house before, you had

11   driven that Monza automobile, hadn't you?

12   A.    On one occasion.

13   Q.    When you went to his house on an earlier occasion

14   in that Monza automobile, you parked that car in the

15   driveway, didn't you?

16   A.    Yes, I did.

17   Q.    And when you went to his house on the earlier

18   occasion in your Monza, you and Richard had an argument

19   about money, didn't you?

20   A.    No, we did not.

21   Q.    And you in fact took something from him that day,

22   didn't you?

23   A.    No, I did not.

24   Q.    Well, on June 22d when you were out at the levee

25   with Walter, you did run into Richard Blazer and you and

1   Richard had a conversation, didn't you?

2      A.   Yes, we did.

3      Q.   And I didn't hear you say this morning whether

4   Walter participated in that conversation or not.

5      A.   He set quiet in the passenger seat listening to

6   the stereo.

7      Q.   Walter was listening to the stereo and not

8   listening to your conversation with Blazer?

9      A.   He was listening, he was listening to our

10   conversation but he wasn't participating in it.

11      Q.   What did you tell Richard Blazer about Walt?

12      A.   He asked who was my friend.  I said this is the

13   guy named Tommy.  And Walt said hi.  And that's it.

14      Q.   Now, why did you tell Blazer that Walt's name was

15   Tommy?

16      A.   Well, I really don't know at that time.  Just to

17   keep his identity to himself.

18      Q.   Well, is that the only reason you can think of

19   why you told Blazer that Walt's name was Tommy?

20      A.   Yes.

21      Q.   Wasn't it true you had already decided to rob

22   Richard Blazer and that's why you told him that Walt's

23   name was Tommy?

24      A.   No, I did not.

25      Q.   And when you talked with Richard, the two of you

1    were talking about money again, weren't you?

2       A.   No, we were not.

3       Q.   And Richard offered you money at that time,

4    didn't he?

5       A.   No, he did not.

6       Q.   And when Walt was sitting there in your car with

7    you, you and Richard were discussing whether Richard

8    would give you some money?

9       A.   No, we did not.

10       Q.   And when Richard left your car at that time, you

11    talked with Walt a little bit more about Richard, didn't

12    you?

13       A.   I don't recall.

14       Q.   And you said to Walt something about, we just set

15    up another one, didn't you?

16       A.   No, I did not.

17       Q.   And when you spoke to Detective Wade Lawson after

18    you were arrested, you told Detective Wade Lawson that

19    you turned to Walt and said, we set up another one,

20    didn't you?

21       A.   No, I did not.

22       Q.   And you were still too scared at the time you met

23    Richard at the levee that day about what happened the

24    previous evening to plan a robbery, is that it?

25       A.   No.  I pretty much got over that.

1    Q.    You got over that man being killed a few hours

2    earlier?

3    A.    No.    I still had deep feelings but the nervous

4    was gone.

5    Q.    What, you had deep what kind of feelings?

6    A.    Feelings.    I was still nervous to a point.    I

7    pretty much got over, over it.

8    Q.    Feeling of regret and remorse?

9    A.    Yeah, pretty much.

10    Q.    Pretty much.

11          You remember speaking to a Lori Campbell a few

12    weeks ago, probation officer?

13    A.    Yeah.

14    Q.    You remember telling --

15                MR. SLAVENS:    Objection, your Honor.    May

16    we approach the bench?

17                THE COURT:    You may.

18                (WHEREUPON, a side-bar conference was held

19    off the record.)

20                MR. SLAVENS:    Withdraw the objection,

21    your Honor.

22    BY MR. ARNTZ:

23    Q.    Mr. Elofskey, you said you had deep feelings of

24    regret and remorse about the first man who was killed.

25    My question is whether you remember speaking to a

1    probation officer named Lori Campbell just a couple

2    weeks ago?

3        A.    I talked to a lady.  I didn't know her name.  She

4    didn't address herself by any name.

5        Q.    And you spoke to her about this case, didn't you?

6        A.    No, I did not.

7        Q.    And your conversation with her was in the county

8    jail, wasn't it?

9        A.    The paperwork I filled out was in the county

10   jail.  She was talking to Walter.  She was talking to

11   Walter Polson at the time I was filling out the

12   paperwork.

13       Q.    You told her you drove a God damn car --

14               MR. SLAVENS:    Objection.

15       Q.    -- while two jerks blowed two fucking fags away.

16               THE COURT:    Wait a minute.  Wait a

17   minute.  As I understand it, you did not talk --

18   you're saying you did not talk to this person?

19       A.    I did not.

20               THE COURT:    That's the question and

21   that's the answer.

22   BY MR. ARNTZ:

23       Q.    Who was the woman you remembered talking to?

24       A.    I didn't talk to nobody.  She just handed me the

25   paper, four or five pages of probation papers to fill

1    out.  She was talking to Walter at the time I was

2    filling out the papers.  The only thing we talked about

3    here was taking a picture of me and that was it.

4    Q.   Well, now, when you asked for Richard Blazer's

5    telephone number there at the levee when Walt was in

6    your car, what was the purpose of that?

7    A.   He asked me why I haven't called him.  'Cause, I

8    said, I ain't got your number.  He gave me his number.

9    I didn't ask for it.

10   Q.   You knew at the time you had his number you were

11   going to use it later the same day, didn't you?

12   A.   No, I did not.

13   Q.   But you did use it, didn't you?

14   A.   Yes, I did.

15   Q.   Very shortly afterwards?

16   A.   About six hours later.

17   Q.   Six hours.  What happened during that six hours?

18   A.   Well, we talked, me and Weston and Walter talked.

19   And then I went and see my wife and kid for a while and

20   I came back.

21   Q.   Well, now, last time we left you and Walter in

22   the car, Richard had just given you his telephone

23   number.  And then you and Walter drove a little bit

24   farther together, didn't you?

25   A.   We drove to his house where Weston was.

1     Q.    Did you and Walter talk in the car on the way

2  back to the house about having just met up with Richard

3  Blazer?

4     A.    We didn't talk about him at all.

5     Q.    So your testimony is that there never was a plan

6  to rob Richard on the way back to Walter's house?

7     A.    No, there wasn't.

8     Q.    And that plan didn't come until later on the

9  night?  This came to you hours later, I take it?

10    A.    Pretty much.

11    Q.    Well, now, when this plan came to you to rob

12 Richard Blazer, was that after you stopped at home?

13    A.    What do you mean after I stopped at home?

14    Q.    You said you went home to where your wife was, do

15 you remember that?

16    A.    We were separated at that time.  I, I went to see

17 her and my kid.

18    Q.    Do you go to your own home sometime that day

19 before you meet up with Walt again?

20    A.    I went to her house and they came back to Walt's.

21    Q.    Well, are you -- let me ask you this.  When you

22 go out that evening to the Tennyson Avenue address of

23 Richard Blazer, are you still wearing the same clothes

24 you were wearing the night before?

25    A.    No.

1      Q.    No.

2            You changed your clothes in the afternoon

3      sometime, didn't you?

4      A.    I changed my clothes that morning after the

5      incident happened.

6      Q.    What time of day did you change your clothes?

7      A.    Early morning hours, probably about 8 o'clock in

8      the morning.

9      Q.    Where was that?

10     A.    My grandmother's house where all my clothes are.

11     Q.    And so the clothes that you were arrested in were

12     the clothes you changed into in the morning?

13     A.    Right.

14     Q.    I guess in the morning you put on two sets of

15     clothing, did you?

16     A.    I had the Georgetown outfit already on.  I put

17     jeans and jacket over on top.  I borrowed the jacket

18     from Walter and Weston.

19     Q.    So you had a Georgetown outfit, then you had

20     another whole set of clothing over that, didn't you?

21     A.    I had the Georgetown outfit with a pair of blue

22     jeans over top.

23     Q.    June 22d is already summertime, isn't it?

24     A.    Right.

25     Q.    And that second set of clothing underneath came

1    in handy when you were trying to elude the police later

2    that evening, didn't it?

3      A.    Yes, it did.

4      Q.    And you wouldn't have planned to put two sets of

5    clothing on before you went out that night, would you?

6      A.    No, I did not.

7      Q.    It just happened to be a convenient coincidence

8    that you were wearing those clothes that you striped

9    down to when you were running away from where you

10   ditched that car?

11     A.    Right.

12     Q.    Now on the way to the Tennyson home, you were

13   telling Weston Howe that he needed to hide in your car,

14   is that right?

15     A.    That was the plan, he was to lay down in the car.

16     Q.    Well, my question to you is, did you tell him to

17   hide in your car?  Is that your testimony?

18     A.    I don't recall.

19     Q.    Do you not remember who told who to do what?

20     A.    I think it was planned for him to lay down in the

21   car.

22     Q.    So the statement that you made Weston hide in

23   your car, would be a false statement, wouldn't it?

24     A.    What do you mean?

25     Q.    Well, it's a false statement that you made Weston

1    hide in your car, is that what you are saying?

2    A.    Weston laid down in the car.  Blazer only knew

3    that two of us were coming.  If he had seen three, he

4    would thought something was up.

5    Q.    And you are still over that incident from the

6    previous evening, aren't you now?

7    A.    Yes.

8    Q.    Completely recovered from that.

9          Your plan now --

10          MR. SLAVENS:      Objection to editorial

11    comments, your Honor.

12          THE COURT:       I will sustain the

13    objection.  You are instructed to disregard.

14 BY MR. ARNTZ:

15    Q.    Your plan now is that you and Walt are going to

16    go into the house and rob Richard?

17    A.    Our plan was to go into the house and Walt was to

18    pull out his gun.  I was to leave the house and go start

19    the car.

20    Q.    Well, what happened to that story that you were

21    going to duct tape Richard and leave him in his house?

22    A.    That was the deal.

23    Q.    Where was that duct tape was going to come from?

24    A.    I don't know what happened to it.

25    Q.    Well, now, was there duct tape there or not?

1    A.    There was duct tape in my car.

2    Q.    In your car, is that what you're saying?

3    A.    Yes.

4    Q.    Your duct tape?

5    A.    Mine, yes.

6    Q.    And now when you and, you and Walt, he went into

7    Richard's house, did you guys forget to bring the duct

8    tape?

9    A.    I don't remember.

10    Q.    And do you remember a story that there was a plan

11    to take Richard to a Green Machine and make him take the

12    money out of his own account?

13              MR. SLAVENS:    Objection, your Honor.

14              (Pause in the proceedings.)

15              THE COURT:    I'm just trying to keep the

16    noise down a little bit.

17              MR. ARNTZ:    There was a question and

18    there is an objection.

19              THE COURT:    I missed the whole thing,

20    all right.  That's why everybody was looking at me.

21                            What's the question?

22              (WHEREUPON, the Court Reporter read back the

23    last question.)

24              THE COURT:    Overruled.

25    A.    Yes, there was.

1    BY MR. ARNTZ:

2    Q.   How was Richard going to be taken to a Green

3    Machine against his will to take money out of his

4    account?

5    A.   Well, if your hands are duct taped and your feet

6    duct taped, you have no choice, pick you up and carry

7    you.

8    Q.   Were you guys going to carry him while his hands

9    and feet were bound into your Monza automobile, is that

10   the point?

11   A.   We might have.  I don't know.  It never got that

12   far.

13   Q.   You hadn't worked out that detail yet?

14   A.   No.

15   Q.   And Richard was kind of a large man, wasn't he?

16   A.   Yes, he was.

17   Q.   Do you think there was room for him to ride along

18   in your Monza automobile duck taped like that with the

19   other three of you?

20   A.   Yes, there was.

21   Q.   It's all part of the plan?

22   A.   Huh?

23   Q.   That was all part of the plan?

24   A.   What, riding in my car?

25   Q.   Right.

1    A.    No.  We were going to take his.

2    Q.    You were going to take his car.  And Walter knew

3  about that part of the plan, taking Richard's car,

4  didn't he?

5    A.    Yes, he did.  So did Weston.

6    Q.    And what was your condition when you drove out to

7  Tennyson that night?

8    A.    What do you mean my condition?

9    Q.    Well, had you taken anything, had any drugs or

10  taken anything to drink?

11    A.    Yes, I was.

12    Q.    What did you have to drink?

13    A.    I had a couple of beers.

14    Q.    Couple of beers.  Did you have a ten quart

15  Budweiser before you went out that night?

16    A.    It was a 40 ounce.

17    Q.    40 ounce.  And was that to get up the courage to

18  do what you were going to do out there?

19    A.    It was just to be drinking.

20    Q.    And what was Walter's condition out there that

21  night?

22    A.    Sober, as far as I know.

23    Q.    Completely straight and sober, is that it?

24    A.    As far as I know.  I wasn't with him earlier, so

25  I don't know whether he did drugs while I was seeing my

1    wife.

2       Q.   Walter, could have done drugs while you were

3    gone; you wouldn't know one way on the other?

4               MR. SLAVENS:     Objection, your Honor.

5               THE COURT:     Sustained.

6    BY MR. ARNTZ:

7       Q.   When you and Walter got out of the car, he

8    stopped to urinate on the bushes on the way inside the

9    house?

10      A.   No, he did not.

11      Q.   That's a lie, isn't it?

12      A.   Yes.

13      Q.   And I think you testified here that everything

14   was fine, that Richard let you and Walter into his

15   house, is that right?

16      A.   That's right.

17      Q.   You remember telling Detective Wade Lawson that

18   he at first would not allow you two guys into his house?

19      A.   He let us in the house with no, you know, he

20   didn't --

21               MR. SLAVENS:     May we approach, your

22      Honor?

23               THE COURT:     You may.

24

25

1                          <u>AT SIDE BAR</u>

2                    MR. SLAVENS:      If it please the Court, we

3       would like to voice an objection to the last question

4       where there is an inference that this witness told

5       something to Detective Lawson about Mr. Blazer not

6       letting them in.  I'm somewhat familiar with my

7       recollection of the conversations of this defendant

8       with Detective Lawson and to the video.  And I presume

9       that's what he's making reference to.  I'm not at all

10      familiar with that type of question or answer and

11      therefore for him to ask it in front of the jury and

12      in the format he's done it in, makes an inference that

13      this witness is lying.

14                   THE COURT:      All right.

15                   MR. ARNTZ:      I believe there is a

16      reference in Wade Lawson's offense supplementary

17      report that Elofskey told him that Blazer did not

18      allow them into the house.

19                   THE COURT:      Now this is what we'll do

20      at this point.  I don't know what Wade Lawson -- this

21      is Wade Lawson we are talking about?  What Wade Lawson

22      will say on that subject.  I'm assuming that the

23      foundation is being asked to ask Wade Lawson a

24      question.  If, if the question is either not asked or

25      denied, then obviously -- well, if it's not asked at

1      all, the State can ask the question of that witness.

2              MR. SLAVENS:      Read to clear it up.

3              THE COURT:       But at this point I don't

4      see how I can sustain the objection in view of Mr.

5      Arntz's representation there is some reference to that

6      issue in a police report.  But it can be dealt with

7      either by the State or the defendant.

8              MR. SLAVENS:      There is a whole host of

9      these type of questions.

10             THE COURT:       All along I've assumed when

11     one or the other Lawson hits the witness stand,

12     they're going to deal with these --

13             MR. SLAVENS:      The problem, yeah.

14             THE COURT:       So at least at this point

15     the objection is overruled.  But again, if it's not

16     pursued by the defendant of the witness because the

17     defendant fears a negative answer from the witness --

18             MR. SLAVENS:      This one or Elofskey?

19             THE COURT:       Wade Lawson, then I will

20     permit the State to ask the question specifically to

21     clear up the issue.

22

23

24

25

1                        BEFORE THE JURY

2                   THE COURT:        You want the question read

3        back?

4                   MR. ARNTZ:        Yes, please.

5                   (WHEREUPON, the Court Reporter read back the

6        following question: Q. You remember telling Detective

7        Wade Lawson that he at first would not allow you two

8        guys into his house?)

9        A.    And I answered that he didn't -- he let us in

10       with no resistance at all.

11       BY MR. ARNTZ:

12       Q.    So the answer would be, no, you never said that

13       to Detective Wade Lawson?

14       A.    Said what?

15       Q.    That Richard at first did not allow you two into

16       his house?

17       A.    Right.

18       Q.    And when you went into his house with no

19       resistance, you remember there is a screen door there?

20       A.    Right.

21       Q.    And then a second door, isn't there?

22       A.    Right.

23       Q.    Do you remember him unlocking one of those doors

24       to let you guys in?

25       A.    The big metal door or wooden door was already

1    open.

2        Q.    Did he unlock either of those doors to let you

3    two in?

4        A.    He just opened up the screen door.

5        Q.    Is that a no, that he did not unlock either door?

6                  MR. SLAVENS:      Objection.

7                  THE COURT:       Overruled.

8    BY MR. ARNTZ:

9        Q.    Answer?

10       A.    Right.

11       Q.    He did unlock the door?

12       A.    He didn't.

13       Q.    He did not unlock a door.

14             And you brought a knife along here, didn't you?

15       A.    No, I did not.

16       Q.    You had a knife in your car?

17       A.    Yeah, there was a knife in the car.

18       Q.    And Richard, excuse me, Walter had his gun with

19    him when he went into Richard's house?

20       A.    Yes, he did.

21       Q.    And the gun was where?

22       A.    In his pants in his hand.

23       Q.    And I think you said this morning that the two of

24    you, yourself and Walter were in Richard's house about

25    one minute before things got started?