## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| MARVELLOUS KEENE, | : *DEATH PENALTY CASE* |
| Petitioner, | : Case No. C-1-00-421 |
| vs. | : JUDGE BECKWITH |
| BETTY MITCHELL, WARDEN, | : MAGISTRATE JUDGE MERZ |
| Respondent. | : *No Execution Date Scheduled* |

## PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

For the reasons set forth below, Petitioner Marvellous Keene respectfully requests an extension of twenty (20) days, or until April 4, 2005, in which to file his objections to the Court's Supplemental Report and Recommendation of February 24, 2005.

## MEMORANDUM IN SUPPORT OF MOTION

The objections deadline in this matter is currently set for March 15, 2005. Petitioner respectfully requests a brief extension of time within which to submit objections.

On February 24, 2005, this Court issued a Supplemental Report and Recommendations (Doc. 104). An extension of time is necessary for Petitioner to fully address and adequately preserve all issues. Undersigned counsel are scheduled for depositions, trial preparation, and other pressing matters over the next few weeks, and lead counsel is scheduled to be out of town on a long-planned family vacation from March 10 to March 21, 2005. Thus, counsel requests a brief extension of time until April 4, 2005 within which to file objections.

Petitioner's counsel respectfully request that this Court grant a reasonable extension of twenty days, until April 4, 2005 to file objections.

        Respectfully submitted,

        /s/ John S. Marshall
        John S. Marshall (0015160) *(marshall@ee.net)*
        Lead Counsel for Petitioner
        MARSHALL AND MORROW LLC
        111 West Rich Street, Suite 430
        Columbus, Ohio 43215-5296
        (614) 463-9790
        Fax (614) 463-9780

        Rayl L. Stepter (0047505)
        Co-Counsel for Petitioner
        111 West Rich Street, Suite 430
        Columbus, Ohio 43215-4126
        (614) 463-9790
        Fax: (614) 463-9780

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been served upon:

Charles L. Wille
Senior Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio 43215
Lead Counsel for Respondent

by ECF this 10th day of March 2005.

        /s/ John S. Marshall
        John S. Marshall

b0310kee.mot ext time.wpd