**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Marvallous Keene,**
    **Petitioner**

-vs-                                  Case No.   **1:00-cv-421**

**Betty Mitchell, Warden,**
    **Respondent**

# JUDGMENT

|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

     **IT IS ORDERED AND ADJUDGED** that the original and Supplemental Report and Recommendations are **ADOPTED**. Petitioner's objections to the original Report and Recommendation are **OVERRULED**. Petitioner's petition for writ of habeas corpus is **DISMISSE**D with prejudice. This action is **CLOSED**.

Date:  April 20, 2005                                      James Bonini, Clerk

                                                          By:  <u>s/Mary C. Brown</u>
                                                                      Mary C. Brown, Deputy Clerk