IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARVELLOUS KEENE, | : ***DEATH PENALTY CASE*** |
| Petitioner, | : ***No Scheduled Execution Date*** |
| vs. | : Case No. C-1-00-421 |
| BETTY MITCHELL, *et al.,* WARDENS, | : JUDGE BECKWITH |
| Respondents. | : MAGISTRATE JUDGE MERZ |

## NOTICE OF APPEAL

Notice is hereby given that Marvellous Keene, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on April 20, 2005 and all other adverse rulings.

Respectfully submitted,

s/John S. Marshall
John S. Marshall (0015160)
111 West Rich Street, Suite 430
Columbus, Ohio 43215
(614) 463-9790
Fax (614) 463-9780

Rayl L. Stepter (0047505)
111 West Rich Street, Suite 430
Columbus, Ohio  43215-4126
(614) 463-9790
Fax:  (614) 463-9780

Attorneys for Petitioner