IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARVALLOUS KEENE,

       Petitioner,        :        Case No. C-1-00-421

  - vs -                          District Judge Sandra S. Beckwith
                                  Chief Magistrate Judge Michael R. Merz

BETTY MITCHELL,
    Warden,

       Respondent.        :

## SCHEDULING ORDER

It is hereby ORDERED that Petitioner's Motion for Certificate of Appealability in this case shall be filed not later than the close of business on May 27, 2005. Petitioner is notified that the Court of Appeals has requested expeditious consideration of this matter.

May 18, 2005.

                                                              s/ **Michael R. Merz**
                                                      Chief United States Magistrate Judge