**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

MARVELLOUS KEENE,               :   ***DEATH PENALTY CASE***

    Petitioner,                 :   Case No.   C-1-00-421

    vs.                         :   JUDGE BECKWITH

BETTY MITCHELL, WARDEN,         :   MAGISTRATE JUDGE MERZ

    Respondent.                 :

**PETITIONER'S MOTION TO CONTINUE DUE DATE FOR CERTIFICATE OF
APPEALABILITY**

Petitioner Marvellous Keene hereby requests an extension of sixty (60) days to file

his Certificate of Appealability in this matter.  Counsel for Respondent has indicated that it

will not oppose Petitioner's Motion.

**MEMORANDUM IN SUPPORT OF MOTION**

The primary reason for Petitioner's request is based upon the number of issues and

the complexity of the issues that must be addressed in the Certificate of Appealability.  In

addition, Petitioner's counsel have either upcoming trials, or numerous depositions and

other commitments, set in the near future. Attorney Stepter has a trial set in the Franklin

County Court of Common Pleas in the case of <u>Karen Mosley v. State Teachers Retirement

System</u>, Case No. 02CVH-03-2748, presently set for May 31, 2005.  That case has been

dismissed and re-filed once before (by previous counsel) and was continued once more

when Mr. Stepter filed a Notice of Appearance.  During the two months thereafter, Mr.

Stepter has had several other important work commitments, including scheduled

depositions.

Attorney Marshall is scheduled to be out of town May 23 through May 26, 2005, and then has depositions that must be conducted on June 3, 7, 8; testifying as an expert witness on June 9 in Marion County, Ohio; depositions that must be conducted on June 13, 15, 16, 17; and will be out of town from Wednesday, June 22 until July 5, 2005.

For these reasons, Petitioner respectfully requests the extension.

Respectfully submitted,


s/John S. Marshall_____
John S. Marshall (0015160)
111 West Rich Street, Suite 430
Columbus, Ohio 43215
(614) 463-9790
Fax (614) 463-9780


s/Rayl L. Stepter_____
Rayl L. Stepter (0047505)
111 West Rich Street, Suite 430
Columbus, Ohio  43215-4126
(614) 463-9790
Fax:  (614) 463-9780
Attorneys for Petitioner Keene


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on May 23, 2005.  Notice of this filing will be sent to all parties by operation the Court's electronic filing system.  Parties may access this filing through the Court's system.


s/John S. Marshall
John S. Marshall