Ed Fourman
614/463-9780
1 Pg.

A

FILED
COMMON PLEAS COURT
DARKE COUNTY, OHIO

'00 NOV 9 PM 3 17

CINDY PIKE
CLERK

IN MEMORIAM

HONORABLE LEE A. BIXLER

On 4th day of November, 2000, death came in the 56th year of his life to the Honorable Lee A. Bixler.

The members of the Darke County Bar Association are assembled today to pay respect to the memory of our beloved and honored member.

Judge Bixler was born on January 30, 1944, in Greenville, Ohio, the son of Max Bixler and Florence (Beisner) Bixler.

He graduated from Gettysburg High School in 1962, and he was salutatorian of his class of 22 students. He attended Capital University for one year and then transferred to Miami University where he graduated with honors in 1966, and was elected to Phi Beta Kappa. He enjoyed his years at Miami and remained a fan and loyal supporter of the University until his death.

He attended Law School at Northwestern University, graduating in the top one-third of his class in 1969, with a Doctor of Jurisprudence degree.

He taught for one year at Franklin-Monroe High School, and in 1970, after having passed the Bar Examination, he joined the law firm of Goubeaux and Goubeaux.

While working for the Goubeaux firm, he was Solicitor for the Village of Pitsburg and was elected Law Director of Greenville in 1975. He was also appointed Safety Director in 1976, and held both jobs until he was appointed to the Common Pleas bench in 1978.