**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Marvallous Keene,**
    **Petitioner**

-vs-                                      Case No.   1:00-cv-421

**Betty Mitchell,**
    **Respondent**

# JUDGMENT

    **Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED that** Petitioner's objections to Magistrate Judge Merz's Report and Recommendation on his motion for a certificate of appealability (Doc. No. 117) are not well-taken and are **OVERRULED**; the Court **ADOPTS** Magistrate Judge Merz's Report and Recommendation on Petitioner's motion for certificate of appealability (Doc. No. 115); Petitioner's motion for a certificate of appealability (Doc. No. 114) is not well-taken and is **DENIED**. Additionally, Petitioner's objections to Magistrate Judge Merz's Report and Recommendation on Petitioner's motion for leave to file objections to the Supplemental Report and Recommendation (Doc. No. 119) are not well-taken and are **OVERRULED**; the Court **ADOPTS** Magistrate Judge Merz's Report and Recommendation on Petitioner's motion to file objections to the Supplemental Report and Recommendation instanter (Doc. No. 118); Petitioner's motion to file objections to the Supplemental Report and Recommendation (Doc. No. 116) is not well-taken and is **DENIED**.

Date:   November 23, 2005                        James Bonini, Clerk

                                                                   By:   s/Mary C. Brown
                                                                        Mary C. Brown, Deputy Clerk