**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| MARVALLOUS KEENE, | ) | |
| | ) | CASE NO. C-1-00-421 |
| Petitioner, | ) | |
| | ) | JUDGE BECKWITH |
| v | ) | |
| | ) | Magistrate Judge Merz |
| BETTY MITCHELL, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF APPEARANCE**

Assistant Attorney General Anna M. Franceschelli hereby enters her appearance as co-counsel of record for Respondent in the above styled appeal. Assistant Attorney General Charles L. Wille will continue to serve as lead counsel of record in the above styled appeal. Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

Respectfully submitted,

**JIM PETRO (0022096)**
Attorney General of Ohio

/s/ Charles L. Wille (0056444)
Senior Assistant Attorney General
Lead and Trial Counsel
Email: cwille@ag.state.oh.us

/s/ Anna M. Franceschelli (0076273)
Assistant Attorney General
Email: afranceschelli@ag.state.oh.us

        Capital Crimes Section
        30 East Broad Street, 23rd Floor
        Columbus, Ohio 43215-3428
        (614) 728-7055: (614) 728-8600 (fax)

        COUNSEL FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance* was served upon John S. Marshall and Rayl L. Stepter, Attorneys at Law, 111 West Rich Street - Suite 430, Columbus, Ohio, 43215, Counsel for Petitioner, via this Court's electronic filing system on this the 30th day of November, 2005.

        s/ Anna M. Franceschelli
        **ANNA M. FRANCESCHELLI (0076273)**
        Assistant Attorney General