FILED
2005 DEC 20 AM 9: 47

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARVELLOUS KEENE, | : ***DEATH PENALTY CASE*** |
| Petitioner, | : Case No. C-1-00-421 |
| vs. | : JUDGE BECKWITH |
| BETTY MITCHELL, WARDEN, | : MAGISTRATE JUDGE MERZ |
| Respondent. | : *No Execution Date Scheduled* |

### NOTICE OF APPEAL

Petitioner Marvallous Keene hereby serves notice of his appeal to the United States Court of Appeals for the Sixth Circuit from the numerous subsidiary denials, which culminated in the United States District Court Judgment Entry of November 23, 2005, denying Keene's Petition for a Writ of Habeas Corpus.

Respectfully submitted,

_____
John S. Marshall (0015160) *(marshall@ee.net)*
Lead Counsel for Petitioner
MARSHALL AND MORROW LLC
111 West Rich Street, Suite 430
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

Rayl L. Stepter (0047505)
Co-Counsel for Petitioner
111 West Rich Street, Suite 430
Columbus, Ohio 43215-4126
(614) 463-9790
Fax: (614) 463-9780

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon:

Charles L. Wille
Senior Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio  43215
Lead and Trial Counsel for Respondent

Anna M. Franceschelli
Assistant Attorney General
Capital Crimes Section
30 East Broad Street, 23rd Floor
Columbus, Ohio  43215
Co-Counsel for Respondent

by regular U.S. Mail this  19  day of December 2005.

_____
John S. Marshall

b121905keene.noa.wpd