```
Tue Dec 20 09:53:37 2005

UNITED STATES DISTRICT COURT
DAYTON, OH

Receipt No.   300 332430
Cashier       kk1

Check Number: 3017

DO Code    Div No
 4661        3

Sub Acct Type Tender      Amount
1:086900  N      2        105.00
2:510000  N      2        150.00

Total Amount         $    255.00

New appeal; Keene v Mitchell; 1:00-cv-42
1

cc: Dkt clerk
```