# TRANSMISSION FORM

District Court: **Dayton, OH**

District Court Case No.: **1:00-CV-421**

Short Caption
**Keene v Mitchell**

Plaintiff/Petitioner: **Marvellous Keene**

vs.

Defendant/Respondent: **Betty Mitchell, Warden**

*provide pro se address IF NOT on the docket sheet

---

APPEAL INFORMATION to be completed by the Sixth Circuit

Court of Appeals Case No.:
_____

Case Manager:
_____

Date Filed:
_____

---

**District Court Judge:** Chief Judge Sandra S. Beckwith
**Chief Magistrate Judge:** Michael R. Merz

**Court Reporter(s):**

**ANYTHING THAT NEEDS SPECIAL ATTENTION:**

---

$255.00 Appeal filing fee paid?    <u>X</u>    Yes        No

---

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (Including the pre-sentence report psi)    <u>0</u>  Volume(s)
Deposition(s)   <u>0</u>  Volume(s)    Exhibit(s)   <u>0</u>  Volume(s)
Transcripts    <u>0</u>  Volume(s)    Sealed       <u>0</u>  Volume(s)

**Please indicate if this is a supplemental record:    Yes

which constitutes the CERTIFIED RECORD ON APPEAL, this 20th day of December, 2005.