In The United States District Court
For The Southern District Of Ohio

| | | |
|---|---|---|
| Marvallous Keene, | ) | Case No. 1:00-CV-421 |
| | ) | |
| Petitioner, | ) | Judge Beckwith |
| | ) | |
| vs. | ) | Magistrate Judge Merz |
| | ) | |
| Betty Mitchell, Warden | ) | *Death Penalty Case* |
| | ) | |
| Respondent. | ) | |

_____

Notice Of Appearance of Kelly L. Culshaw And Pamela Prude-Smithers As Counsel For Marvallous Keene
_____

Appellant Marvallous Keene notifies this Court that Kelly L. Culshaw and Pamela Prude-Smithers are his current counsel. John Marshall and Rayl Stepter requested that the Ohio Public Defender take over Keene's case after this Court issued its final order on November 23, 2005. Undersigned counsel are not seeking CJA appointment from this Court.

Respectfully submitted,

David H. Bodiker
Ohio Public Defender

S/Kelly L. Culshaw – 0066394
Supervisor, Death Penalty Division
**Lead counsel**

S/Pamela Prude-Smithers – 0062206
Supervisor, Death Penalty Division

Office of the Ohio Public Defender
8 East Long Street – 11th Floor
Columbus, Ohio 43215-2998
Phone (614) 466-5394
Fax (614) 644-0708
Kelly.Culshaw@opd.state.oh.us
Pamela.Prude-Smithers@opd.state.oh.us

2

**Certificate Of Service**

This is to certify that a copy of the foregoing has been electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kelly L. Culshaw

#231775