In The United States District Court
For The Southern District Of Ohio

| | | |
|---|---|---|
| Marvallous Keene, | ) | Case No. 1:00-CV-421 |
| | ) | |
| Petitioner, | ) | Judge Beckwith |
| | ) | |
| vs. | ) | Magistrate Judge Merz |
| | ) | |
| Betty Mitchell, Warden | ) | *Death Penalty Case* |
| | ) | |
| Respondent. | ) | |

**Petitioner Keene's Motion Instanter to Exceed Page Limit**

Petitioner Marvallous Keene requests instanter an extension of the 20 page limit for motions found in Rule 7.2.(a)(3). Keene requests a 5 page extension, which would allow him to file a 25 page Rule 60(b) motion. Given the nature of this case and the breadth of the issues presented in Keene's Rule 60(b) motion, the additional pages are necessary for Keene to fully present and argue his case.

Respectfully submitted,

David H. Bodiker
Ohio Public Defender

S/Kelly L. Culshaw – 0066394
Supervisor, Death Penalty Division
**Lead counsel**

S/Pamela Prude-Smithers – 0062206
Supervisor, Death Penalty Division

Office of the Ohio Public Defender
8 East Long Street – 11th Floor
Columbus, Ohio 43215-2998
Phone (614) 466-5394
Fax (614) 644-0708

        Kelly.Culshaw@opd.state.oh.us
        Pamela.Prude-Smithers@opd.state.oh.us

        Counsel for Petitioner

### Certificate Of Service

This is to certify that a copy of the foregoing has been electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        s/ Kelly L. Culshaw

232291