In The United States District Court
For The Southern District Of Ohio

| | | |
|---|---|---|
| Marvallous Keene, | ) | Case No. 1:00-CV-421 |
| | ) | |
| Petitioner, | ) | Judge Beckwith |
| | ) | |
| vs. | ) | Magistrate Judge Merz |
| | ) | |
| Betty Mitchell, Warden | ) | ***Death Penalty Case*** |
| | ) | |
| Respondent. | ) | |

### Affidavit of Marvallous Keene

State of Ohio         :

County of Mahoning  :

I, Marvallous Keene, being duly sworn state the following:

1. My attorneys in the District Court were John Marshall and Rayl Stepter.

2. I only personally met with my attorneys once. That was when they initially took on my case.

3. Rarely did I receive written communications from my attorneys. They did not keep me up to date on the proceedings in this Court.

4. I contacted my attorneys via phone when I had questions.

5. I did not know that counsel requested two extensions of time to object to the Supplemental Report and Recommendation. I was unaware that counsel failed to file objections.

6. I did not waive my right to object. Had counsel consulted me, I would have told them to file objections.

Further affiant sayeth naught.

_____
Marvallous Keene

Sworn to and subscribed before me this <u>1ST</u> day of March, 2006.

                                                                _/s/ [signature]_
                                                                Notary Public

231983                                                       Scott Nowak
                                                      Commission expires
                                                     March 27, 2010