In The United States District Court
For The Southern District Of Ohio

| | | |
|---|---|---|
| Marvallous Keene, | ) | Case No. 1:00-CV-421 |
| Petitioner, | ) | Judge Beckwith |
| vs | ) | Magistrate Judge Merz |
| Betty Mitchell, Warden | ) | *Death Penalty Case* |
| Respondent | ) | |

## Petitioner Keene's Notice of Withdrawal and Substitution of Counsel

Appellant Marvallous Keene notifies this Court that John Marshall and Rayl Stepter are withdrawing as his counsel. Counsel requested that the Ohio Public Defender take over Keene's case after this Court issued its final order on November 23, 2005. Kelly L. Culshaw and Pamela Prude-Smithers hereby request that they be substituted as Keene's counsel. As inferred by this Court's March 7, 2006 order, Keene is in agreement with Ms. Culshaw and Ms. Prude-Smithers assuming the role of his counsel.

Ms. Prude-Smithers has worked for well over eleven years exclusively on death penalty cases.[1] During this time, she has represented clients in Ohio state courts on direct appeal and postconviction review. In particular, Ms. Prude-Smithers represented Keene in his direct appeal to the Ohio Supreme Court. Ms. Prude-Smithers has also represented clients on federal habeas corpus review in both the Southern and Northern Districts of Ohio, as well as before the Sixth

---

[1] In addition, Ms. Prude-Smithers worked as an Assistant Federal Public Defender with Federal Public Defender, Southern District of Ohio, and as a judicial law clerk for the Honorable R. Guy Cole of the Sixth Circuit Court of Appeals.

Circuit Court of Appeals. She is certified under Rule 20 of the Supreme Court Rules of Practice to handle death penalty appeals in Ohio and is qualified under 848(q) to represent Keene.

Ms. Culshaw has worked for nine years exclusively on death penalty cases. She has represented clients in the Ohio state courts on direct appeal and in postconviction review. She has also represented clients on federal habeas corpus review in the Southern and Northern Districts of Ohio, as well as the Sixth Circuit Court of Appeals. She is certified under Rule 20 of the Supreme Court Rules of Practice to handle death penalty appeals in Ohio. She is qualified under 848(q) to represent Keene.

Respectfully submitted,

_____
John S. Marshall

_____
Rayl L. Stepter
Bicentennial Plaza
111 West Rich Street
Suite 430
Columbus, Ohio 43215

David H. Bodiker
Ohio Public Defender

_____
Kelly L. Culshaw – 0066394
Supervisor, Death Penalty Division

_____
Pamela Prude-Smithers – 0062206
Supervisor, Death Penalty Division

Office of the Ohio Public Defender
8 East Long Street – 11th Floor
Columbus, Ohio 43215-2998
Phone (614) 466-5394
Fax (614) 644-0708
Kelly.Culshaw@opd.state.oh.us
Pamela.Prude-Smithers@opd.state.oh.us

Counsel for Petitioner

## Certificate Of Service

This is to certify that a copy of the foregoing has been electronically filed  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system  Parties may access this filing through the Court's system

s/ Kelly L. Culshaw

232291