# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **MARVALLOUS KEENE,** | * | |
| Petitioner, | * | **Case No. 1:00-cv-421** |
| v. | * | **Chief Judge Sandra Beckwith** |
| **BETTY MITCHELL, WARDEN,** | * | *Death Penalty Case* |
| Respondent. | * | |

## NOTICE OF APPEARANCE

Assistant Attorney General Thomas E. Madden hereby enters his appearance as Lead Counsel of record for Respondent, in the above styled case.

Copies of all pleadings, correspondence, or other documents filed with this Honorable Court should be directed to the undersigned.

    Respectfully submitted,
    **MARC DANN**
    OHIO ATTORNEY GENERAL

    s/ *Thomas E. Madden*
    **THOMAS E. MADDEN (0077069)**
    Assistant Attorney General
    Capital Crimes Section
    30 East Broad Street, 23rd Floor
    Columbus, Ohio 43215-3428
    (6l4) 728-7055; (614) 728-8600 (fax)
    tmadden@ag.state.oh.us

    **COUNSEL FOR RESPONDENT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice Appearance* has been forwarded by electronic filing this 6th day of September, 2007 to counsel of record.

s/ *Thomas E. Madden*_____
**THOMAS E. MADDEN (0077069)**