# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 05-3538

Filed: August 27, 2008

MARVALLOUS KEENE,

    Petitioner - Appellant

v.

BETTY MITCHELL, Warden,

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 04/25/2008 the mandate for this case hereby issues today.

COSTS: NO COSTS TAXED

Filing Fee .......................$
Printing ..........................$

    Total ...................$

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 27, 2008

Mr. James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

   Re: Case No. 05-3538, *Keene v. Mitchell*
     Originating Case No. : 00-00421

Dear Clerk,

 Enclosed is a copy of the mandate filed in this case.

        Sincerely yours,

        s/Robin Duncan
        Case Manager
        Direct Dial No. 513-564-7027
        Fax No. 513-564-7098

cc: Ms. Kelly L. Culshaw
  Mr. Thomas E. Madden

Enclosure